423 A.2d 1308

Commonwealth v. Warren, Appellant.

Submitted March 23, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

423 A.2d 1308

Commonwealth v. Walker, Jr., Appellant.

Submitted April 12, 1979. John Regis Valaw, for appellant; Robert L. Eberhardt, for Commonwealth, appellee.

Before PRICE, HESTER and LIPEZ, JJ.

Order affirmed.